UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>　　　　Plaintiff,<br><br>　　　　- against -<br><br>AMAZON.COM INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES LLC,<br><br>　　　　Defendants. | Case No.　1:21-cv-1417 (JSR)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jason C. Schwartz hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC in the above-captioned action.

　　　　I am in good standing of the Bars of the State of Maryland, the Commonwealth of Virginia, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:　February 23, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jason C. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　Jason C. Schwartz
　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　(202) 955-8500
　　　　　　　　　　　　　　　　　　　　　　jschwartz@gibsondunn.com