UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>    Plaintiff,<br><br>    - against -<br><br>AMAZON.COM INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES LLC,<br><br>    Defendant. | Case No. 1:21-cv-1417 (JSR)<br><br>**AFFIDAVIT OF JASON C. SCHWARTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Jason C. Schwartz, declare under penalty of perjury as follows:

1. I am a partner with the law firm Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached as Exhibit A, I am a member in good standing of the Bars of the Commonwealth of Virginia (SB No. 43635), the District of Columbia (SB No. 465837), and the State of Maryland (SB No. 1006080003).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendants Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC.

Dated:  February 23, 2021

Respectfully submitted,

*Jason C. Schwartz*
_____
Jason C. Schwartz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com

State of Virginia
City of Hampton

Sworn to before me this 23rd day of February, 2021

*Rebekah Louise Zug Napier*
_____
Notary Public
Commission Expires 05/31/2024

Rebekah Louise Zug Napier
Electronic Notary Public
REG # 7870056
EXPIRES May 31, 2024
Commonwealth of Virginia

2