UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>- against -<br><br>AMAZON.COM INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No.   1:21-cv-1417 (JSR)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Jason C. Schwartz for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the State of Maryland, Commonwealth of Virginia, and District of Columbia, and that his contact information is as follows:

Applicant's Name: Jason C. Schwartz

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 1050 Connecticut Ave. NW

City / State / Zip: Washington, D.C. 20036

Telephone / Fax: (202) 955-8500 (phone), (202) 467-0539 (fax)

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC in the above-titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                              _____

                                        United States District Judge