UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>    Plaintiff,<br><br>    - against -<br><br>AMAZON.COM INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES LLC,<br><br>    Defendant. | Case No.  1:21-CV-1417 (JSR) |

## NOTICE OF DEFENDANTS' MOTION TO TRANSFER

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated March 3, 2021, and all prior papers and proceedings had herein, Defendants Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC (collectively, "Amazon") respectfully move this Court, before the Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, 10007, for an order transferring this action to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

Pursuant to this Court's Order dated February 24, 2021, *see* Dkt. 15, Plaintiff's brief in opposition is due March 10, 2021, and Amazon's reply brief is due March 17, 2021.  The Court will hear oral argument on this motion on March 25, 2021, at 3:00 p.m.

2

Dated:   March 3, 2021                               Respectfully submitted,

                                                                  GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Jason C. Schwartz
      Jason C. Schwartz (*Admitted pro hac vice*)
      Lucas C. Townsend*
      1050 Connecticut Avenue, N.W.
      Washington, D.C. 20036
      Tel.:  (202) 955-8500
      jschwartz@gibsondunn.com

      Mylan L. Denerstein
      Zainab N. Ahmad
      200 Park Avenue
      New York, NY  10166
      Tel.:  (212) 351-4000
      mdenerstein@gibsondunn.com
      zahmad@gibsondunn.com

      **Pro hac vice motion forthcoming*

      *Attorneys for Defendant Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC*