UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

        Plaintiff,

  -against-

AMAZON.COM INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES LLC,

        Defendant.

---

21-cv-1417 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On February 16, 2021, the State of New York by and through Letitia James, Attorney General of the State of New York (the "State"), sued Amazon.com Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC (collectively, "Amazon") in the New York Supreme Court for violations of New York Executive Law § 63(12) and New York Labor Law §§ 200, 215, and 740. The next day, Amazon removed the action to this Court. Before the Court are the State's motion to remand the case to state court pursuant to 28 U.S.C. § 1447 and Amazon's motion to transfer the case to the U.S. District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

Upon consideration, the Court grants the State's motion to remand and denies Amazon's motion to transfer. An opinion explaining the reasons for this ruling will follow in due course.

2

SO ORDERED.

Dated:   New York, NY

        April 9, 2021                JED S. RAKOFF, U.S.D.J.