**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK, BY
LETITIA JAMES, ATTORNEY GENERAL
OF THE STATE OF NEW YORK,
,
                    Plaintiff,                21 **CIVIL** 1417 (JSR)

      -against-                     **JUDGMENT**

AMAZON, COM, INC., et al.,

                    Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2021, the Court by order dated April 9, 2021 (ECF No. 35) granted the Attorney General's motion to remand and denied Amazon's motion to transfer as moot. Final Judgment is entered and the case is closed.

**Dated:**  New York, New York
         July 27, 2021

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                    **Clerk of Court**
                                   **BY:**
                                                        **Deputy Clerk**